# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOH MANAGEMENT, LLC; 6165 S. DECATUR BLVD., LLC; 4444 W. SUNSET RD., LLC; 9201 CAMPO RD., LLC; 350 S. ROCK BLVD., LLC; AND 820 MCCLINTOCK, LLC,

    Appellants/Cross-Respondents,

vs.

MICHELANGELO LEASING, INC., D/B/A DIVINE TRANSPORTATION, AN ARIZONA CORPORATION,

    Respondent/Cross-Appellant.

No. 73920

FILED

APR 04 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK



MOH MANAGEMENT, LLC; 6165 S. DECATUR BLVD., LLC; 4444 W. SUNSET RD., LLC; 9201 CAMPO RD., LLC; 350 S. ROCK BLVD., LLC; AND 820 MCCLINTOCK, LLC,

    Appellants,

vs.

MICHELANGELO LEASING, INC., D/B/A DIVINE TRANSPORTATION, Respondent.

No. 74729 ✓

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, the appeal in Docket No. 74729 is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

18-12897

cc:    Chief Judge, The Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Pengilly Law Firm
H1 Law Group
Dickinson Wright PLLC
Eighth District Court Clerk